Opinion issued June 14, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00185-CV

———————————

LYNDA
BRUNER CASS, Appellant

V.

C. DAVID EASTERLING, Appellee



 



 

On Appeal from the Probate Court No. 4

Harris County, Texas



Trial Court Cause No. 402568

 



MEMORANDUM OPINION

Appellant has filed a pro se “Dismissal of Appeal”
in which she states she “withdraws said Notice [of appeal] and announces her
intention to not pursue said appeal.”  No
opinion has issued.  

Accordingly, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(1).  We
dismiss all other pending motions as moot. 

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Jennings and Keyes.